**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-CA-0578

Rise St. James, Louisiana Bucket Brigade, Sierra Club,
Center for Biological Diversity, Healthy Gulf, Earthworks &
No Waste Louisiana

- - Versus - -

Louisiana Department of Environmental Quality

19th Judicial District Court
Case #: 694029
East Baton Rouge Parish

On Application for Rehearing filed on 02/02/2024 by Intervenor- Beverly Alexander

Rehearing _____ **DENIED** _____

_____
Jewel E. "Duke" Welch Jr.

_____
Mitchell R. Theriot

_____
Guy Holdridge

_____
Allison H. Penzato

_____
Elizabeth Wolfe

Date **FEB 1 5 2024**

_____
Rodd Naquin, Clerk

## COURT OF APPEAL, FIRST CIRCUIT
## STATE OF LOUISIANA

RE:  Docket Number 2023-CA-0578

Rise St. James, Louisiana Bucket Brigade, Sierra Club,
Center for Biological Diversity, Healthy Gulf, Earthworks &
No Waste Louisiana

- - Versus - -

Louisiana Department of Environmental Quality

19th Judicial District Court
Case #: 694029
East Baton Rouge Parish

On Application for Rehearing filed on   02/02/2024 by Louisiana Department of Environmental Quality

Rehearing _____ **DENIED** _____

Jewel E. "Duke" Welch Jr.

Mitchell R. Theriot

Guy Holdridge

Allison H. Penzato

Elizabeth Wolfe

Date **FEB 1 5 2024**

Rodd Naquin, Clerk

## COURT OF APPEAL, FIRST CIRCUIT
## STATE OF LOUISIANA

RE: Docket Number 2023-CA-0578

Rise St. James, Louisiana Bucket Brigade, Sierra Club,
Center for Biological Diversity, Healthy Gulf, Earthworks &
No Waste Louisiana

- - Versus - -

Louisiana Department of Environmental Quality

19th Judicial District Court
Case #: 694029
East Baton Rouge Parish

On Application for Rehearing filed on  02/02/2024 by RISE St. James, et al

Rehearing _____ **DENIED** _____

_____

Jewel E. "Duke" Welch Jr.

_____

Mitchell R. Theriot

_____

Guy Holdridge

_____

Allison H. Penzato

_____

Elizabeth Wolfe

Date **FEB 1 5 2024**

_____

Rodd Naquin, Clerk